BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.D. PHILLIPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 2:09-cv-01535 GEB KJN (PS)<br><br>[PROPOSED]<br>ORDER GRANTING THE PARTIES' JOINT MOTION TO AMEND THE SCHEDULING ORDER |

Pursuant to the parties' joint request, and for good cause appearing,

IT IS HEREBY ORDERED that the parties' Joint Motion to Amend the Scheduling Order (Doc. 19) is GRANTED, and the Scheduling Order is amended as follows:

　　1.　Plaintiff's expert witness disclosure will be filed on or before March 14, 2011.

　　2.　Defendant's expert witness disclosure will be filed on or before April 14, 2011.

　　3.　Any rebuttal expert will be disclosed on or before May 14, 2011.

　　4.　No other dates outlined in the Scheduling Order are modified.

　IT IS SO ORDERED.

DATED: February 16, 2011

Kjn:nkd

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

JOINTMOTION TO AMEND SCHEDULING ORDER