IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.D. PHILIPS,

    Plaintiff,               No. 2:09-cv-01535 GEB KJN PS

    v.

UNITED STATES OF AMERICA,

    Defendant.             ORDER

_____/

    On April 6, 2011, the parties signed and filed a Stipulation For Dismissal With Prejudice (Dkt. No. 21), which requires no court order to be effective. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, IT IS HEREBY ORDERED that:

    1.    All dates scheduled in this case are vacated.

    2.    The Clerk of Court is directed to close this case.

    IT IS SO ORDERED.

DATED: April 6, 2011

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1